**GONZALEZ SAGGIO & HARLAN LLP**
155 Willowbrook Boulevard
Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendant, CitiMortgage, Inc.*
Attorney of Record:  Steven Gerber

■ …………………………………………......…■

| | |
|---|---|
| PATRICK HALEY, MONIQUE ALBORNOZ, REGINA AMANKULOR, ALBERTO ARAUJO, BIMAL AVICHAL, MORTON AVIGDOR, TEOFILO BALDUEZA, DEMETRIA BATES, MARTA BAYRON, MIRI BEN-ARI, JORGE BERBER, MATT BERNTHAL, DAVID BEZAR, DONALD BLACK, WILLIE BUCKNER, MALCOLM BURLESON, JORDAN BURSLEM, RITA CAIRNS, RENZO CASTILLO, DONALD CHARBONNIER, TERRY CHRISTENSEN, RALPH COSTIGLIOLA, ARACELY COURTENAY, PATRICIA CONVENEY, PHYLLIS CRAWFORD, FRANK CUCCINELLO, DENISE DANIELS, MELENA DAVIDSON, SUE DIBONA, MARIE DODAIN, FRANK DODGE, ILDEGARDO ESPINOZA, CHARLES FEELEY, CHRISTOPHER FELDER, IMMO FERDINANDT, JAMES FREDERICK, JULIA GARVIN, REYMOND GRAHAM, CAROLYN GREEN-DISLER, RICHARD GUARINO, MENKA HARBANS, JOSEPHINE HARRIS, WILLIAM HILKE, ANTHONY HUDSON, LINDA JENKINS, DAVID JOHNSON, PATRICIA JOHNSON, CORNAL JONES, DEBORAH KILLORAN, KUM KIM, ROBERT KIRK, ALEX LITVINOV, DOUGLAS MACLEAN, SOHAIL MALIK, FRANK MASSEY, RITA MAVERICK, DENNIS MELO, LOREN MILLER, RUBEN MORALES, CHRISTOPHER MORIN, TODD MUELLER, SUEANE MUN, GERALD O'HANLON, ARISTIDIS PANAKIS, AIMEE PAQUETTE, BUSTER PAYNE, ROGER AND LEANDRA PEAK, MARIE LINDOR POMPILUS, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:13-cv-05645 (FSH)(JBC)<br><br>**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT OF DEFENDANT CITIMORTGAGE, INC.**<br><br>Document Electronically Filed |

ANTHONY AND JULIA RAVELLO, JOYCE RATZER, TIMOTHY REEVES, VIVIAN REEVES, WALTER RIVAS, IRA AND ROBERTA ROSDEITCHER, JAMES ROSENBAUER, HERBERT SASAN, ROGER SCHADT, CORENE SCOTT, STEPHEN SCOTT, DANIE SCOTTI, HARMINDER SINGH, MELODY SMITH, SHELLEY SOKOLOWSKI, MIMOSE ST. CLAIR, STAFFORD STEWART, MARK TAMES, MARY TRAFTON, TIMOTHY TREMBLAY, WILLIAM TRUSS, THERESA A. VALENTINE, JUAN VELDEZ, GWENDOLYN WALTON, LARRY WAYNE, MICHAEL WEINSTEIN, CORY WHISTEN, KAREN L. WILLIAMS, SABINA WILLIS, DENISE WRIGHT, AND DINO ZAMBONI,

                    Plaintiffs,

vs.

AMS SERVICING, LLC, BANK OF AMERICA, N.A., for itself and as successor in interest to BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOAN SERVICING LP, and as successor in interest to COUNTRYWIDE BANK, FSB, BAYVIEW LOAN SERVICING, LLC, CARRINGTON MORTGAGE SERVICES, LLC, CITIMORTGAGE, INC, COUNTRYWIDE HOME LOANS, INC., FIRST MARINER BANK, GREEN TREE SERVICING, LLC, HOMEWARD RESIDENTIAL, INC. f/k/a AMERICAN HOME MORTGAGE SERVICING, IN., MERSCORP HOLDINGS, INC. f/k/a MERSCORP. INC., ONEWEST BANK, FSB, for itself and as successor in interest to INDYMAC FEDERAL BANK, FSB, JP MORGAN CAHSE BANK, N.A., NATIONSTAR MORTGAGE LLC, OCWEN LOAN SERVICING, LLC, SELECT PORTFOLIO SERVICING, INC., SETERUS, INC., US BANK, N.A., WELLS FARGO BANK, N.A., AND WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING

2

COMPANY,
                              Defendants
■………………………………………....…■

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant CitiMortgage Inc. certifies that: (i) 30% of the shares of CitiMortgage, Inc. are owned by Citigroup Network Holdings LLC; (ii) 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A.; (iii) 20% of the shares of Citigroup Network Holdings LLC are owned by Citicorp USA; (iv) 80% of the shares of Citigroup Network Holdings LLC are owned by CitiFinancial Auto Credit, Inc.; (v) Both Citicorp USA and CitiFinancial Auto Credit, Inc. are wholly owned subsidiaries of Citibank, N.A.; (vi) Citibank, N.A. is a wholly owned subsidiary of Citicorp.; (vii) Citicorp is a wholly owned subsidiary of Citigroup Inc.; and (viii) Citigroup Inc. is a publicly traded corporation.

                              GONZALEZ SAGGIO & HARLAN LLP
                              *Attorneys for CitiMortgage, Inc.*


                    By:       */s/ Steven Gerber*
                              Steven Gerber
                              155 Willowbrook Boulevard, Suite 300
                              Wayne, New Jersey 07470
                              Tel: (973) 256-9000
                              Fax: (973) 256-9001
                              Steven_Gerber@gshllp.com

                              Thomas V. Panoff, Esq. (to be admitted *pro hac vice*)
                              MAYER BROWN LLP
                              71 South Wacker Drive
                              Chicago, IL 60606
                              Tel: (312) 701-8821
                              Fax: (312) 706-8297
                              TPanoff@mayerbrown.com

Dated:  October 1, 2013