**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PATRICK HALEY, et al., | Civil Action No. 2:13-cv-05645-FSH-JBC |
| Plaintiffs, | |
| v. | |
| AMS SERVICING, LLC, et al., | **NOTICE OF DEFENDANTS' MOTION TO DROP PLAINTIFFS AND TO DISMISS PLAINTIFFS' COMPLAINT** |
| Defendants. | |

**TO:**   R. Geoffrey Broderick, Esq.
The Resolution Law Group, P.C.
500 West Putnam Avenue, Ste. 400
Greenwich, CT 06830

**PLEASE TAKE NOTICE THAT** on November 4, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc. ("Defendants") shall move before the Honorable Faith S. Hochberg, U.S.D.J., at the Federal District Court for the District of New Jersey located at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on a Motion to Drop Plaintiffs and to Dismiss Plaintiffs' Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely on their Memorandum of Law and Certification of Scott H. Kaiser, Esquire, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument if this Motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendants' Motion to Drop Plaintiff and to Dismiss Plaintiffs' Complaint with prejudice is enclosed herewith.

BRYAN CAVE LLP

By: /s/ Scott H. Kaiser
       Scott H. Kaiser


1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630
scott.kaiser@bryancave.com

*Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.*

Dated:  October 10, 2013

REED SMITH LLP

By:  /s/ Mark S. Melodia
       Mark Melodia
       Diane Bettino


136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
Telephone: 609-987-0050
Facsimile: 609-951-0824
mmelodia@reedsmith.com
dbettino@reedsmith.com

*Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.*

Dated:  October 10, 2013